UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

### CLERK'S MINUTES - GENERAL

| CASE NO.: | 8:24-cr-258-SDM-AEP | DATE: | September 19, 2025 |
|---|---|---|---|
| HONORABLE STEVEN D. MERRYDAY | | INTERPRETER: | |
| **UNITED STATES OF AMERICA**<br>**v.**<br>**ROBERT DESSELLE** | | LANGUAGE: | |
| | | GOVERNMENT COUNSEL<br>Charles Strauss, AUSA | |
| | | DEFENSE COUNSEL<br>Benjamin Stechschulte, retained | |
| COURT REPORTER: Becky Sabo | | DEPUTY CLERK: | Derek Young |
| TIME: | 9:10 AM – 10:13 AM | TOTAL: 1 hour 3 mins | PROBATION: | Jessica Racaza |
| | | COURTROOM: | 15A |

**PROCEEDINGS:   SENTENCING**

All parties present and identified for the record.

The defendant previously pleaded guilty to Count One of the Indictment and is adjudged guilty of this offense.

Defense Expert Witness: Shannon Green, Forensic Accountant (Sworn)
    Direct examination: Benjamin Stechschulte
    Cross examination: Charles Strauss

Imprisonment: 57 MONTHS

Supervised Release: 3 YEARS

The defendant must participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding implementation of this court directive. Further, the defendant must contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services

The defendant is prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the probation officer.

The defendant must provide the probation officer access to any requested financial information

The defendant must cooperate in the collection of his DNA.

The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. The defendant must submit to random drug testing not to exceed 104 tests per year.

Fine: WAIVED

The forfeiture order is finalized into the judgment.

Restitution: $4,500,000.00 to Medicare

This restitution obligation shall be payable to the Clerk, U.S. District Court, for distribution to the victim. Restitution shall be paid jointly and severally with:
Mark Kuehn (Middle District of Florida, Docket No. 8:23-cr-166-SDM-UAM)
Forrest Blake Fikes (Northern District of Alabama, Docket No. 7:22-cr-457-ACA-GMB)
Michael Arnold Shore (Northern District of Alabama, Docket No. 7:22-cr-458-ACA-NAD)
Nicholas Wade Shore (Northern District of Alabama, Docket No. 7:22-cr-459-ACANAD)

While in Bureau of Prisons custody, the defendant must either (1) pay at least $25 quarterly if he has a non-Unicor job or (2) pay at least 50% of his monthly earnings if he has a Unicor job. Upon release from custody, the defendant is ordered to begin making payments of $500 per month and this payment schedule will continue until such time as the Court is notified by the defendant, the victim or the government that there has been a material change in his ability to pay. The Court finds that the defendant does not have the ability to pay interest, and the Court waives the interest requirement for the restitution.

Special Assessment: $100.00 due immediately.

In accord with the plea agreement, Counts Two, Three, and Four of the Indictment are dismissed.

It is further ordered that the defendant may voluntarily surrender within 60 days at the institution designated by the Bureau of Prisons. The defendant is ordered to immediately proceed to the Office of the United States Marshal for processing and further instructions.

The defendant's current conditions of release remain in effect.

The court recommends housing the defendant at the FPC Montogomery or the lowest security facility available, or any facility with the RDAP program

The defendant is advised of his right to appeal and his right to counsel on appeal.